NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIE B. WOMACK,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2019-1713

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-18-0412-I-1.

---

## JUDGMENT

---

MORRIS E. FISCHER, Silver Spring, MD, argued for petitioner.

KATRINA LEDERER, Office of the General Counsel, United States Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by KATHERINE MICHELLE SMITH, TRISTAN LEAVITT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and SCHALL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 21, 2020          /s/Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court